IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTY THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:19-cv-00817 |
| CORE CIVIC, INC., et al., | ) JUDGE CAMPBELL ) MAGISTRATE JUDGE NEWBERN |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 13), recommending that Plaintiff's Motion for Preliminary and Permanent Injunction (Doc. No. 3) be denied without prejudice. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Plaintiff's Motion for Preliminary and Permanent Injunction (Doc. No. 3) is **DENIED** without prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE