**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

**MARTY THOMAS,**          )
                                  )
     **Plaintiff,**         )
                                  )
**v.**                          )     **NO. 3:19-cv-00817**
                                  )
**CORE CIVIC, INC., et al.,**    )     **JUDGE CAMPBELL**
                                  )     **MAGISTRATE JUDGE NEWBERN**
     **Defendants.**     )

## <u>ORDER</u>

Pending before the Court is Plaintiff's *pro se* amended Motion for Preliminary and Permanent Injunction (Doc. No. 14), which was filed on December 5, 2019. By Order entered on July 17, 2020, Magistrate Judge Newbern found that appointing counsel to represent Plaintiff in this matter served the interests of justice and directed the Clerk of Court to identify pro bono counsel from the Court's civil appointments panel to be appointed to represent Plaintiff. (Doc. No. 50). Accordingly, Plaintiff's *pro se* Motion for Preliminary and Permanent Injunction (Doc. No. 14) is **DENIED** without prejudice to refiling through counsel upon their appointment.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE